An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JARAMIE DEAN WOMACK,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67180

**FILED**

FEB 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This is an original petition for a writ of habeas corpus. Petitioner challenges the validity of his *Alford* plea and conviction on the charge of first-degree kidnapping of a minor with the use of a deadly weapon. Petitioner claims actual and/or factual innocence and that there was no factual basis to support his plea. We have reviewed the petition submitted in this matter, and without deciding upon the merits of any claim raised therein, we decline to exercise original jurisdiction in this matter. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in the

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04677

district court in the first instance.[1]   NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.[2]

_____, J.
Saitta

_____ J.          _____, J.
Gibbons                                      Pickering

cc:     Jaramie Dean Womack
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

[2]We note that petitioner has an appeal pending in our court challenging the district court's denial of his motion to withdraw his guilty plea. *See Womack v. State*, Docket No. 67077.

SUPREME COURT
OF
NEVADA

(O) 1947A